# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION <br><br> Defendant. | Case No. 3:17-cv-4709-JST <br><br> [**PROPOSED**] <br> **ORDER CHANGING TIME** |

Having considered Parties Stipulated Request for Order Changing Time, the Court GRANTS the Request and ORDERS the following case deadlines as follows:

| **Event** | **Deadline** |
|---|---|
| P.R. 3-1(f) disclosure and P.R. 3-2 accompanying document production | January 31, 2018 |
| Disclosure of Asserted Claims and Infringement Contentions (except for P.R. 3-1(f)) | February 14, 2018 |
| Disclosure of Invalidity Contentions, with accompanying document production | April 2, 2018 |
| Parties' technical document production on liability issues to be substantially complete | April 2, 2018 |
| Exchange of Proposed Terms for Construction | April 17, 2018 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | May 8, 2018 |
| Parties' document production on damages issues to be substantially complete | May 8, 2018 |
| Disclosure of Initial Damages Contentions | May 22, 2018 |
| Joint claim Construction and Prehearing Statement | June 1, 2018 |
| Disclosure of Responsive Damages Contentions | June 21, 2018 |
| Claim construction discovery cut-off | June 18, 2018 |
| Claim construction opening brief | July 2, 2018 |
| Claim construction responsive brief | July 16, 2018 |
| Claim construction reply brief | July 23, 2018 |
| Tutorial | August 7, 2018 |
| Claim construction hearing | August 21, 2018 |
| Mediation completion deadline | 30 days after Markman ruling |
| Parties to Disclose Opinions of Counsel on which they intend to rely | 30 days after Markman ruling |

| Parties to Exchange Privilege Logs | 45 days after Markman ruling |
|---|---|
| Close of Fact Discovery | 90 days after Markman ruling |
| Provide Rule 26 opening expert report on issues for which they carry the burden of proof | 120 days after Markman ruling |
| Provide rebuttal expert reports | 150 days after Markman ruling |
| Close of expert discovery | 165 days after Markman ruling |
| The parties must file dispositive motions and *Daubert* motions<br><br>*Total cumulative page limits for dispositive motions is 60 pages<br><br>* Total cumulative page limits for *Daubert* motions is 30 pages | 180 days after Markman ruling |
| Responses to dispositive motions and *Daubert* motions<br><br>*Total cumulative page limits for responses to dispositive motions is 60 pages<br><br>* Total cumulative page limits for responses to *Daubert* motions is 30 pages | 200 days after Markman ruling |
| Replies to dispositive motions and *Daubert* motions<br><br>*Total cumulative page limits for replies to dispositive motions is 20 pages<br><br>* Total cumulative page limits for replies to *Daubert* motions is 10 pages | 210 days after Markman ruling |
| Final Pretrial Conference | 240 days after Markman ruling |
| Trial | 270 days after Markman ruling |

PURSUANT TO STIPULATION, IT IS SO ORDERED this __26__ day of __January__, 2018

.  _____
Honorable Jon S. Tiger
United States District Judge