# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br>Plaintiffs, <br><br>v. <br><br>MICROSOFT CORPORATION <br><br>Defendant. | Case No. 3:17-cv-4709-JST <br><br>**[PROPOSED]** <br>**ORDER CHANGING TIME** |

Having considered Parties Stipulated Request for Order Changing Time, the Court GRANTS the Request and ORDERS the following case deadlines as follows:

| Event | Deadline |
|---|---|
| Parties' document production on damages issues to be substantially complete | May 8, 2018 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence | May 11, 2018 |
| Disclosure of Initial Damages Contentions | May 22, 2018 |
| Joint claim Construction and Prehearing Statement | June 1, 2018 |
| Disclosure of Responsive Damages Contentions | June 21, 2018 |
| Claim construction discovery cut-off | June 18, 2018 |
| Claim construction opening brief | July 2, 2018 |
| Claim construction responsive brief | July 16, 2018 |
| Claim construction reply brief | July 23, 2018 |
| Tutorial | ~~August 7, 2018~~ August 14, 2018 |
| Claim construction hearing | ~~August 21, 2018~~ August 28, 2018 |
| Mediation completion deadline | 30 days after Markman ruling |
| Parties to Disclose Opinions of Counsel on which they intend to rely | 30 days after Markman ruling |
| Parties to Exchange Privilege Logs | 45 days after Markman ruling |
| Close of Fact Discovery | 90 days after Markman ruling |
| Provide Rule 26 opening expert report on issues for which they carry the burden of proof | 120 days after Markman ruling |
| Provide rebuttal expert reports | 150 days after Markman ruling |
| Close of expert discovery | 165 days after Markman ruling |
| The parties must file dispositive motions and *Daubert* motions | 180 days after Markman ruling |

| Responses to dispositive motions and *Daubert* motions | 200 days after Markman ruling |
| Replies to dispositive motions and *Daubert* motions | 210 days after Markman ruling |
| Final Pretrial Conference | 240 days after Markman ruling |
| Trial | 270 days after Markman ruling |

PURSUANT TO STIPULATION, IT IS SO ORDERED this __22__ day of __May__, 2018

_____
Honorable Jon S. Tigar
United States District Judge