| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) | JUANITA R. BROOKS (CA Bar No. 75934) |
| shosie@hosielaw.com | brooks@fr.com |
| DIANE S. RICE (CA Bar No. 118303) | JASON W. WOLFF (CA Bar No. 215819) |
| drice@hosielaw.com | wolff@fr.com |
| LYNDSEY C. HEATON (CA Bar No. 262883) | FISH & RICHARDSON P.C. |
| lheaton@hosielaw.com | 12390 El Camino Real |
| DARRELL R. ATKINSON (CA Bar No. 280564) | San Diego, CA 92130 |
| datkinson@hosielaw.com | (858) 678-5070 Tel. |
| HOSIE RICE LLP | (858) 678-5099 Fax |
| 600 Montgomery Street, 34th Floor | *Attorneys for Defendant Microsoft Corp.* |
| San Francisco, CA 94111 | |
| (415) 247-6000 Tel. | |
| (415) 247-6001 Fax | |
| *Attorneys for Plaintiff LookSmart Group, Inc.* | |

Additional attorneys listed on signature page.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No.: 17-cv-04709-JST <br><br> **JOINT STIPULATION TO AMEND ANSWER AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER THEREON** <br><br> **Pursuant to Fed. R. Civ. Proc. 15(a)(2)** |

WHEREAS, Plaintiff LookSmart Group, Inc. ("LookSmart") filed its Complaint in this action on August 15, 2017;

WHEREAS, Defendant Microsoft Corporation ("Microsoft") filed its Answer on October 13, 2017;

WHEREAS, Microsoft wishes to amend its Answer to plead a Fifth Defense of unenforceability and has prepared a proposed Amended Answer, which is attached hereto as Exhibit A; and

WHEREAS, LookSmart has reviewed Microsoft's proposed Amended Answer; and

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), LookSmart consents that Microsoft may file the proposed Amended Answer; and

WHEREAS, Microsoft's proposed amendment will not affect the Court's schedule.

NOW, THEREFORE Microsoft and LookSmart, by and through their counsel, hereby stipulate that Microsoft may file the Amended Answer attached hereto as Exhibit A.

Dated: September 25, 2018

Respectfully submitted,

| /s/Eric J. Enger | /s/ Andrew M. Goldberg |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) shosie@hosielaw.com DIANE S. RICE (CA Bar No. 118303) drice@hosielaw.com LYNDSEY C. HEATON (CA Bar No. 262883) lheaton@hosielaw.com DARRELL R. ATKINSON (CA Bar No. 280564) datkinson@hosielaw.com **HOSIE RICE LLP** 600 Montgomery Street, 34th Floor San Francisco, CA 94111 | Juanita R. Brooks (SBN 75934 / brooks@fr.com) Jason W. Wolff (SBN 215819 / wolff@fr.com) Madelyn S. McCormick (SBN 320063 / mmccormick@fr.com) FISH & RICHARDSON P.C. 12390 El Camino Real San Diego, CA 92130 Telephone: (858) 678-5070 Facsimile: (858) 678-5099 |

| | |
|---|---|
| Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br><br>Leslie V. Payne<br>TX State Bar No. 00784736 (*pro hac vice*)<br>lpayne@hpcllp.com<br>Eric J. Enger<br>TX State Bar No. 24045833 (*pro hac vice*)<br>eenger@hpcllp.com<br>R. Allan Bullwinkel<br>TX State Bar No. 24064327 (*pro hac vice*)<br>abullwinkel@hpcllp.com<br>**HEIM, PAYNE & CHORUSH, LLP**<br>1111 Bagby St. Ste. 2100<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>Derek Gilliland<br>TX State Bar No. 24007239 (*pro hac vice*)<br>dgilliland@nixlawfirm.com<br>**NIX PATTERSON & ROACH, L.L.P.**<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Telephone: (903) 645-7333<br>Facsimile: (903) 645-5389<br><br>**ATTORNEYS FOR LOOKSMART GROUP, INC.** | Betty H. Chen (SBN 290588 /<br>bchen@fr.com)<br>Andrew M. Goldberg (SBN 307254 /<br>goldberg@fr.com)<br>FISH & RICHARDSON P.C.<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Karan Jhurani<br>GA State Bar No. 290326 (*pro hac vice*)<br>jhurani@fr.com<br>FISH & RICHARDSON P.C.<br>1180 Peachtree Street, 21st Floor<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>**ATTORNEYS FOR MICROSOFT CORPORATION** |

# [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Microsoft shall file its Amended Answer within two days of the date of this Order.

DATED: September 26, 2018

_____
Judge Jon S. Tigar

UNITED STATES DISTRICT COURT