| | |
|---|---|
| Spencer Hosie (SBN 101777)<br>shosie@hosielaw.com<br>Diane S. Rice (SBN 118303)<br>drice@hosielaw.com<br>Lyndsey C. Heaton (SBN 262883)<br>lheaton@hosielaw.com<br>Darrell R. Atkinson (SBN 280564)<br>datkinson@hosielaw.com<br>**HOSIE RICE LLP**<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br><br>Leslie V. Payne (*admitted pro hac vice*)<br>lpayne@hpcllp.com<br>Eric J. Enger (*admitted pro hac vice*)<br>eenger@hpcllp.com<br>R. Allan Bullwinkel (*admitted pro hac vice*)<br>abullwinkel@hpcllp.com<br>**HEIM, PAYNE & CHORUSH, LLP**<br>1111 Bagby Street, Suite 2100<br>Houston, TX 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>Derek Gilliland (*admitted pro hac vice*)<br>dgilliland@nixlawfirm.com<br>**NIX PATTERSON & ROACH, L.L.P.**<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Telephone: (903) 645-7333<br>Facsimile: (903) 645-5389<br><br>ATTORNEYS FOR PLAINTIFF<br>LOOKSMART GROUP, INC. | Juanita R. Brooks (SBN 75934)<br>brooks@fr.com<br>Jason W. Wolff (SBN 215819)<br>wolff@fr.com<br>**FISH & RICHARDSON P.C.**<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Betty H. Chen (SBN 290588)<br>bchen@fr.com<br>**FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071<br><br>Karan Jhurani (*admitted pro hac vice*)<br>jhurani@fr.com<br>**FISH & RICHARDSON P.C.**<br>1180 Peachtree Street, 21st Floor<br>Atlanta, GA 30309<br>Telephone: (404) 892-5005<br>Facsimile: (404) 892-5002<br><br>ATTORNEYS FOR DEFENDANT<br>MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Case No.: 17-cv-04709-JST<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER THEREON** |

Plaintiff, LookSmart Group, Inc. ("Plaintiff"), and defendant, Microsoft Corporation ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS the Court has set a Case Management Conference for November 14, 2018 at 2:00 pm. (Dkt. 84);

WHEREAS Defendant's counsel has scheduling conflicts that would prevent them from attending the conference on November 14, 2018;

WHEREAS Plaintiff's counsel is not opposed to continuing the Case Management Conference to November 28, 2018 or a later date that is convenient for the Court;

IT IS HEREBY STIPULATED by and between the parties that they jointly request the Court to continue the Case Management Conference to November 28, 2018 or a later date that is convenient for the Court.

Dated: October 25, 2018     HOSIE RICE LLP

By: */s/ Spencer Hosie*
    Spencer Hosie

Attorneys for Plaintiff
LOOKSMART GROUP, INC.

Dated: October 25, 2018     FISH & RICHARDSON P.C.

By: */s/ Betty H. Chen*
    Betty H. Chen

Attorneys for Defendant
MICROSOFT CORPORATION

/ / /

/ / /

/ / /

2     JT STIP & ~~PROP~~ ORDER TO CONTINUE CASE
MANAGEMENT CONFERENCE
Case No.: 17-cv-04709-JST

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: October 25, 2018   FISH & RICHARDSON P.C.

By: /s/ *Betty H. Chen*
Betty H. Chen

Attorneys for Defendant
MICROSOFT CORPORATION

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference is rescheduled to ~~November 28~~, 2018.
December 12

Dated: October 29, 2018

_____
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT