| | |
|---|---|
| SPENCER HOSIE (CA Bar No. 101777) | JUANITA R. BROOKS (SBN 75934) |
| shosie@hosielaw.com | brooks@fr.com |
| DIANE S. RICE (CA Bar No. 118303) | JASON W. WOLFF (SBN 215819) |
| drice@hosielaw.com | wolff@fr.com |
| BRANDON C. MARTIN (CA Bar No. 269624) | **FISH & RICHARDSON P.C.** |
| bmartin@hosielaw.com | 12390 El Camino Real |
| DARRELL R. ATKINSON (CA Bar No. 280564) | San Diego, CA 92130 |
| datkinson@hosielaw.com | Telephone: (858) 678-5070 |
| **HOSIE RICE LLP** | Facsimile: (858) 678-5099 |
| 600 Montgomery Street, 34th Floor | |
| San Francisco, CA 94111 | BETTY H. CHEN (SBN 290588) |
| (415) 247-6000 Tel. | bchen@fr.com |
| (415) 247-6001 Fax | **FISH & RICHARDSON P.C.** |
| | 500 Arguello Street, Suite 500 |
| LESLIE V. PAYNE (admitted pro hac vice) | Redwood City, CA 94063 |
| lpayne@hpcllp.com | Telephone: (650) 839-5070 |
| ERIC J. ENGER (admitted pro hac vice) | Facsimile: (650) 839-5071 |
| eenger@hpcllp.com | |
| R. ALLAN BULLWINKEL (admitted pro hac vice) | *Attorneys for Defendant* |
| abullwinkel@hpcllp.com | *MICROSOFT CORPORATION* |
| **HEIM, PAYNE & CHORUSH, LLP** | |
| 1111 Bagby Street, Suite 2100 | |
| Houston, TX 77002 | |
| (713) 221-2000 Tel. | |
| (713) 221-2021 Fax | |

DEREK GILLILAND (admitted pro hac vice)
dgilliland@nixlawfirm.com
**NIX PATTERSON & ROACH, L.L.P**.
205 Linda Drive
Daingerfield, TX 75638
(903) 645-7333 Tel.
(903) 645-5389 Fax

*Attorneys for Plaintiff*
*LOOKSMART GROUP, INC.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOOKSMART GROUP, INC., | Case No. 3:17-cv-04709-JST |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER THAT PLAINTIFF'S LEAD TRIAL COUNSEL MAY APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE** |
| vs. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

JT. STIP AND ~~PROPOSED~~ ORDER
THAT PLTF'S LEAD TRIAL COUNSEL
MAY APPEAR BY TELEPHONE AT                - 1 -                Case No. 3:17-cv-04709-JST
FURTHER CASE MANAGEMENT
CONFERENCE

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

Pursuant to L.R. 16-10(c), and Judge Tigar's Standing Order for All Civil Cases, Plaintiff Looksmart Group, Inc. ("Plaintiff") and Defendant Microsoft Corporation ("Defendant") hereby agree and stipulate as follows:

WHEREAS the Court has set a Further Case Management Conference for December 12, 2018 (ECF 87).

WHEREAS Plaintiff's attorney Brandon C. Martin will attend the conference in person on December 12, 2018.

WHEREAS Plaintiff's lead trial counsel, Spencer Hosie, is unable to appear in person at the conference because he will be in depositions on the East Coast on December 11, 2018 and December 13, 2018.

WHEREAS Defendant's counsel is not opposed to Spencer Hosie appearing by telephone at the conference.

IT IS HEREBY STIPULATED by and between the parties that they jointly request the Court to grant Plaintiff's lead trial counsel permission to appear by telephone at the Further Case Management Conference on December 12, 2018.

Dated: December 3, 2018      HOSIE RICE LLP

By: */s/ Spencer Hosie*
Spencer Hosie

Attorneys for Plaintiff
LOOKSMART GROUP, INC.

Dated: December 3, 2018      FISH & RICHARDSON P.C.

By: */s/ Betty Chen*
Betty H. Chen

Attorneys for Defendant
MICROSOFT CORPORATION

JT. STIP AND ~~PROPOSED~~ ORDER THAT PLTF'S LEAD TRIAL COUNSEL MAY APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE     - 2 -     Case No. 3:17-cv-04709-JST

## ATTESTATION

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: December 3, 2018    HOSIE RICE LLP

              By: */s/ Spencer Hosie*
              Spencer Hosie

              Attorneys for Plaintiff
              LOOKSMART GROUP, INC.

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

JT. STIP AND ~~PROPOSED~~ ORDER THAT PLTF'S LEAD TRIAL COUNSEL MAY APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE   - 3 -   Case No. 3:17-cv-04709-JST

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiff's lead trial counsel, Spencer Hosie, may appear by telephone at the Further Case Management Conference set for December 12, 2018.

Dated: December 5, 2018

_____
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

JT. STIP AND PROPOSED ORDER THAT PLTF'S LEAD TRIAL COUNSEL MAY APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE — - 4 - — Case No. 3:17-cv-04709-JST