UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

LOOKSMART GROUP, INC.,

    Plaintiffs,

  v.

MICROSOFT CORPORATION

    Defendant.

Case No. 3:17-cv-4709-JST

[**PROPOSED**]
**ORDER CHANGING TIME**

Having considered Parties Stipulated Request for Order Changing Time, the Court GRANTS the Request and ORDERS the following case deadlines as follows:

| Event | Deadline |
|---|---|
| Provide Rule 26 opening expert report on issues for which they carry the burden of proof | March 15, 2019 |
| Provide rebuttal expert reports | April 15, 2019 |
| Close of expert discovery | May 1, 2019 |
| Parties must file dispositive and *Daubert* motions | May 14, 2019 |
| Responses to dispositive and *Daubert* motions | June 4, 2019 |
| Replies to dispositive and *Daubert* motions | June 13, 2019 |
| Final Pretrial Conference | November 8, 2019 at 1:30 pm (Oakland) |
| Trial | December 2, 2019 |

PURSUANT TO STIPULATION, IT IS SO ORDERED this __26th__ day of __February__, 2019.

_____
Honorable Jon S. Tigar
United States District Judge