| | |
|---|---|
| Spencer Hosie (SBN 101777) <br> *shosie@hosielaw.com* <br> Diane S. Rice (SBN 118303) <br> *drice@hosielaw.com* <br> Brandon C. Martin (CA Bar No. 269624) <br> *bmartin@hosielaw.com* <br> Darrell R. Atkinson (SBN 280564) <br> *datkinson@hosielaw.com* <br> **HOSIE RICE LLP** <br> 600 Montgomery Street, 34th Floor <br> San Francisco, CA 94111 <br> Telephone: (415) 247-6000 <br> Facsimile: (415) 247-6001 <br><br> Leslie V. Payne (*admitted pro hac vice*) <br> *lpayne@hpcllp.com* <br> Eric J. Enger (*admitted pro hac vice*) <br> *eenger@hpcllp.com* <br> R. Allan Bullwinkel (*admitted pro hac vice*) <br> *abullwinkel@hpcllp.com* <br> **HEIM, PAYNE & CHORUSH, LLP** <br> 1111 Bagby St. Ste. 2100 <br> Houston, Texas 77002 <br> Telephone: (713) 221-2000 <br> Facsimile: (713) 221-2021 <br><br> Derek Gilliland (*admitted pro hac vice*) <br> *dgilliland@nixlawfirm.com* <br> **NIX PATTERSON & ROACH, L.L.P.** <br> 205 Linda Drive <br> Daingerfield, TX 75638 <br> Telephone: (903) 645-7333 <br> Facsimile: (903) 645-5389 <br><br> ATTORNEYS FOR PLAINTIFF <br> LOOKSMART GROUP, INC. | Juanita R. Brooks (SBN 75934) <br> *brooks@fr.com* <br> Jason W. Wolff (SBN 215819) <br> *wolff@fr.com* <br> Madelyn S. McCormick (SBN 320063) <br> *mccormick@fr.com* <br> **FISH & RICHARDSON P.C.** <br> 12390 El Camino Real <br> San Diego, CA 92130 <br> Telephone: (858) 678-5070 <br> Facsimile: (858) 678-5099 <br><br> Betty H. Chen (SBN 290588) <br> *bchen@fr.com* <br> Joshua Kain Day (SBN 322372) <br> *day@fr.com* <br> **FISH & RICHARDSON P.C.** <br> 500 Arguello Street, Suite 500 <br> Redwood City, California 94063 <br> Telephone: (650) 839-5070 <br> Facsimile: (650) 839-5071 <br><br> Proshanto Mukherji (*admitted pro hac vice*) <br> *mukherji@fr.com* <br> **FISH & RICHARDSON P.C.** <br> One Marina Park Drive <br> Boston, MA 02110 <br> Telephone: (617) 542-5070 <br> Facsimile: (617) 542-8906 <br><br> ATTORNEYS FOR DEFENDANT <br> MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No.: 17-cv-04709-JST <br><br> **JOINT STIPULATION TO ABBREVIATE BRIEFING AND ARGUMENT SCHEDULE FOR MICROSOFT CORPORATION'S MOTION TO STRIKE AND [~~PROPOSED~~] ORDER THEREON** |

Plaintiff, LookSmart Group, Inc. ("Plaintiff"), and defendant, Microsoft Corporation ("Defendant"), hereby stipulate through their respective counsel of record as follows:

WHEREAS Defendant filed its Motion to Strike Michael Lasinski Expert Report on April 23, 2019 (Dkt. 109-4) (SEALED);

WHEREAS Defendant noticed a June 6, 2019 hearing date for that motion;

WHEREAS Defendant's lead counsel has a previously scheduled trip out of the country beginning May 30, 2019 and ending June 20, 2019;

IT IS HEREBY STIPULATED, by and between the parties, that they jointly request the Court abbreviate its default briefing and argument deadlines, see Civil L.R. 7-2 and 7-3, as follows:

| Event | Current Deadline | Abbreviated Deadline |
| --- | --- | --- |
| Motion to Strike | 04/23/2019 | N/A |
| Opposition to Motion to Strike | 05/07/2019 | 05/07/2019 |
| Reply in Support of Motion to Strike | 05/14/2019 | 05/10/2019 |
| Hearing on Motion to Strike | 06/06/2019 | 05/23/2019 |

Dated: April 26, 2019          HOSIE RICE LLP

By: */s/ Spencer Hosie*
    Spencer Hosie

Attorneys for Plaintiff
LOOKSMART GROUP, INC.

Dated: April 26, 2019          FISH & RICHARDSON P.C.

By:  */s/ Juanita R. Brooks*
    Juanita R. Brooks

Attorneys for Defendant
MICROSOFT CORPORATION

/ / /

/ / /

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: April 26, 2019   FISH & RICHARDSON P.C.

By: /s/ *Juanita R. Brooks*
Juanita R. Brooks

Attorneys for Defendant
MICROSOFT CORPORATION

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the following, abbreviated briefing and argument schedule shall apply to Microsoft Corporation's Motion to Strike Michael Lasinski Expert Report (Dkt. 109-4):

| Event | Deadline |
|---|---|
| Opposition to Motion to Strike | 05/07/2019 |
| Reply in Support of Motion to Strike | 05/10/2019 |
| Hearing on Motion to Strike | 05/23/2019 |

Dated: April 29, 2019

_____
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT