# Exhibit H

# [FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE MOTION]