SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
HOSIE RICE LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax
*Attorneys for Plaintiff Looksmart Group, Inc.*

Additional attorneys listed on signature page.

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION <br><br> Defendant. | Case No. 3:17-cv-4709-JST <br><br> **DECLARATION OF LESLIE V. PAYNE IN SUPPORT OF LOOKSMART'S OPPOSITION TO MICROSOFT'S *DAUBERT* MOTION AND MOTION TO EXCLUDE TESTIMONY OF LOOKSMART'S DAMAGES EXPERT, MICHAEL J. LASINSKI** <br><br> Date: July 11, 2019 <br> Time: 2:00 pm <br> Place: Courtroom #9 (19th Fl.) <br> Judge: The Honorable Jon S. Tigar |

1  I, Leslie V. Payne, do hereby declare as follows:

2  1. I am an attorney at law licensed to practice in the State of Texas (admitted *pro hac vice* in this case), and I am an attorney at the law firm of Heim, Payne & Chorush, LLP, counsel for Plaintiff Looksmart Group, Inc. ("Looksmart") in this action. I submit this declaration in support of the LookSmart's Opposition to Microsoft's *Daubert* Motion and Motion to Exclude Testimony of LookSmart's Damages Expert, Michael J. Lasinski, pursuant to Local Rule 7-5. I have personal knowledge of the facts recited below, and they are true and correct and based upon my understanding. If called upon as a witness, I could and would competently testify as stated herein.

2. Exhibit 1 to LookSmart's Opposition is a true and correct copy of the report of LookSmart's damages expert, Michael J. Lasinski, regarding damages. It contains information that Microsoft has alleged is "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

3. Exhibit 2 to LookSmart's Opposition is a true and correct copy of excerpts from the rebuttal report of Microsoft's damages expert, Shelly Irvine, regarding damages. It contains information that Microsoft has alleged is "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.

4. Exhibit 3 to LookSmart's Opposition is a true and correct copy of a paper titled "Discount Rates, Risk, and Uncertainty in Economic Damages Calculation" prepared for the American Institute of Certified Public Accountants.

5. Exhibit 4 to LookSmart's Opposition is a true and correct copy of excerpts from Morningstar's Ibbotson Cost of Capital 2010 Yearbook.

6. Exhibit 5 to LookSmart's Opposition is a true and correct copy of excerpts from the deposition of Microsoft's damages expert, Shelley Irvine.

1  I declare under penalty of perjury under the laws of the State of California, that the
foregoing is true and correct and that this declaration is executed in Houston, Texas on June 4, 2019.

By:  */s/ Leslie V. Payne*
      Leslie V. Payne

DECLARATION OF LESLIE V. PAYME IN
SUPPORT OF OPPOSITION TO DAUBERT
RE LOOKSMART'S DAMAGES EXPERT

3

Case No. 3:17-cv-4709-JST