# Exhibit 5

# [FILED UNDER SEAL PURSUANT TO ADMINISTRATIVE MOTION]