UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant. | Case No. 3:17-cv-04709-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS MOTION TO STRIKE MICHAEL LASINSKI EXPERT REPORT AND EXHIBIT A TO THE DECLARATION OF PROSHANTO MUKHERJI IN SUPPORT THEREOF** |

On April 23, 2019, Defendant Microsoft Corporation ("Microsoft") filed a Motion for Administrative Relief with this Court, pursuant to this Court's Standing Order and Civil Local Rule 79-5 for permission to file under seal its Motion to Strike Michael Lasinski Expert Report and Exhibit A to Declaration of Proshanto Mukherji in Support of Microsoft's Motion to Strike Lasinski Expert Report.

Microsoft has shown each of those documents is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). Moreover, Microsoft has shown "good cause" to rebut the presumption of access to judicial records for each of those documents. *See Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1102 (9th Cir. 2016). Both documents "might be used . . . as sources of business information that might harm

1  [Microsoft's] competitive standing." *Id.* at 1097.  Therefore, the Court hereby GRANTS
2  Microsoft's request to file under seal the following documents:
3  - Defendant Microsoft Corporation's Motion to Strike Michael Lasinski Expert
4    Report; and
5  - Exhibit A to the Declaration of Proshanto Mukherji in Support of Microsoft
6    Corporation's Motion to Strike Lasinski Expert Report.
7  IT IS SO ORDERED.
8  Date: June 27, 2019                    _____
   Hon. Jon S. Tiger
9  United States District Court