SPENCER HOSIE (CA Bar No. 101777)
shosie@hosielaw.com
DIANE S. RICE (CA Bar No. 118303)
drice@hosielaw.com
BRANDON C. MARTIN (CA Bar No. 269624)
bmartin@hosielaw.com
DARRELL R. ATKINSON (CA Bar No. 280564)
datkinson@hosielaw.com
**HOSIE RICE LLP**
600 Montgomery Street, 34th Floor
San Francisco, CA 94111
(415) 247-6000 Tel.
(415) 247-6001 Fax

LESLIE V. PAYNE (admitted pro hac vice)
lpayne@hpcllp.com
ERIC J. ENGER (admitted pro hac vice)
eenger@hpcllp.com
R. ALLAN BULLWINKEL (admitted pro hac vice)
abullwinkel@hpcllp.com
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby Street, Suite 2100
Houston, TX  77002
(713) 221-2000 Tel.
(713) 221-2021 Fax

DEREK GILLILAND (admitted pro hac vice)
dgilliland@nixlawfirm.com
**NIX PATTERSON & ROACH, L.L.P**.
205 Linda Drive
Daingerfield, TX 75638
(903) 645-7333 Tel.
(903) 645-5389 Fax

*Attorneys for Plaintiff LookSmart Group, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:17-cv-04709-JST <br><br> **ORDER GRANTING IN PART PLAINTIFF LOOKSMART GROUP, INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STRIKE MICHAEL LASINSKI EXPERT REPORT, AND EXHIBITS THERETO** |

- 1 -

[PROPOSED] Order re: Plaintiff's Administrative Motion to Seal    Case No. 3:17-cv-04709-JST
Portions of Opp to Motion to Strike Lasinski Report

**~~PROPOSED~~ ORDER**

Before the Court is Plaintiff Looksmart Group, Inc.'s ("Looksmart" or "Plaintiff") Administrative Motion to Seal Portions of Plaintiff's Opposition to Defendant's Motion to Strike Michael Lasinski Expert Report, and Exhibits Thereto (the "Administrative Motion"). The Court has reviewed the sealing motion and the declarations submitted in support. The Court finds that the parties have articulated good cause to seal the documents submitted in connection with the Looksmart's Opposition to Microsoft's Motion to Strike. The proposed redactions are narrowly tailored. The Court's ruling on the sealing requests are set forth in the table below.

| **Document(s) to be Filed Under Seal** | **Portion(s) to be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|---|
| Plaintiff Looksmart Group, Inc.'s Opposition to Defendant Microsoft Corporation's Motion to Strike Michael Lasinski Report | Highlighted portions at:<br>Page 1, lines 22-23<br>Page 2, lines 15-16<br>Page 3, lines 16-18, 21, & 23-27<br>Page 4, lines 3, 6-7<br>Page 5, lines 11-18, 25-28<br>Page 6, lines 8, 13-16, 17-21, 26-28<br>Page 7, lines 4-12, 15-18, 23-28<br>Page 8, lines 1-3, 5-9, 11-19, 22<br>Page 10, lines 6-10, 13-15, 17, 27-28<br>Page 11, lines 2-3<br>Page 12, lines 3-4 | Day Decl. ¶ 3 | Granted |
| Exhibit C to the Hosie Declaration | Highlighted Portions of Pages 8, 9 & 11 | Day Decl. ¶ 4 | Granted |
| Exhibit D to the Hosie Declaration | Highlighted Portions of Pages 7, 8 & 13 | | Denied because Microsoft does not request that any information contained in |

Hosie Rice LLP
600 Montgomery Street, 34th Floor
San Francisco, CA 94111

| | | | Exhibit D be sealed or redacted |
|---|---|---|---|
| Exhibit E to the Hosie Declaration | Entire document | Day Decl. ¶ 5 | Granted |
| Exhibit H to the Hosie Declaration | Entire document | Day Decl. ¶ 6 | Granted only as to the redactions proposed by Microsoft, ECF No. 117-1 |
| Exhibit I to the Hosie Declaration | Highlighted Portions of Page 1 | Day Decl. ¶ 7 | Granted |
| Exhibit J to the Hosie Declaration | Entire document | Day Decl. ¶ 8 | Granted only as to the redactions proposed by Microsoft, ECF No. 117-3 |
| Exhibit K to the Hosie Declaration | Highlighted portions of Pages 9, 10, 12 & 14 | Day Decl. ¶ 9 | Granted |
| Exhibit L to the Hosie Declaration | Entire document | Day Decl. ¶ 10 | Granted only as to the redactions proposed by Microsoft, ECF No. 117-5 |
| Exhibit M to the Hosie Declaration | Highlighted Portions of Page 1 | Day Decl. ¶ 11 | Granted |
| Exhibit N to the Hosie Declaration | Highlighted Portions of Pages 1-4 | Day Decl. ¶ 12 | Granted only as to the redactions proposed by Microsoft, ECF No. 117-7 |

**IT IS SO ORDERED**.

Date: June 27, 2019

_____
Hon. Jon S. Tigar
United States District Court Judge

- 3 -

[PROPOSED] Order re: Plaintiff's Administrative Motion to Seal    Case No. 3:17-cv-04709-JST

Portions of Opp to Motion to Strike Lasinski Report