UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br>  Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br>  Defendant. | Case No. 3:17-cv-04709-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS REPLY AND EXHIBITS IN SUPPORT OF ITS MOTION TO STRIKE MICHAEL LASINSKI EXPERT REPORT** |

On May 10, 2019 Defendant Microsoft Corporation ("Microsoft") filed a Motion for Administrative Relief with this Court, pursuant to this Court's Standing Order and Civil Local Rule 79-5 for permission to file under seal its Reply in Support of its Motion to Strike Michael Lasinski Expert Report and Exhibits 1 and 3 to the Proshanto Mukherji Declaration in Support Thereof.

Microsoft has shown those documents are "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). Moreover, Microsoft has shown "good cause" to rebut the presumption of access to judicial records for each of those documents. *See Ctr. For Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1102 (9th Cir. 2016). Both documents "might be used . . . as sources of business information that might harm [Microsoft's] competitive standing." *Id.* at 1097. Therefore, the Court hereby GRANTS Microsoft's request to file under seal the following documents:

- The highlighted portions of Defendant Microsoft Corporation's Reply in Support of its Motion to Strike Michael Lasinski Expert Report;

- Exhibit 1 to Declaration of Proshanto Mukherji in Support of Defendant Microsoft Corporation's Reply in Support of its Motion to Strike Michael Lasinski Expert Report; and

- Exhibit 3 to Declaration of Proshanto Mukherji in Support of Defendant Microsoft Corporation's Reply in Support of its Motion to Strike Michael Lasinski Expert Report.

IT IS SO ORDERED.

Date: June 27, 2019

_____
Hon. Jon S. Tiger
United States District Court