UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:17-cv-04709-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL EXHIBITS B AND C TO THE CHEN DECLARATION IN SUPPORT OF ITS REPLY IN SUPPORT OF *DAUBERT* MOTION TO EXCLUDE TESTIMONY OF LOOKSMART'S DAMAGES EXPERT, MICHAEL J. LASINSKI** |

On June 13, 2019, Defendant Microsoft Corporation ("Microsoft") filed a Motion for Administrative Relief with this Court, pursuant to this Court's Standing Order and Civil Local Rule 79-5 for permission to file under seal Exhibits B and C to the Chen Declaration in Support of its Reply in Support of Its Daubert Motion to Exclude Testimony of LookSmart's Damages Expert, Michael J. Lasinski.

Microsoft has shown each of those documents is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). Moreover, Microsoft has shown "compelling reasons" to rebut the presumption of access to judicial records for each of those documents. Both documents "might be used . . . as sources of business [or technical] information that might harm [Microsoft's] competitive standing." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016). Microsoft's proposed redactions are narrowly

1  tailored.  Therefore, the Court hereby GRANTS Microsoft's request to file under seal the
2  following documents:

3  - The highlighted portions of Exhibit B to the Declaration of Betty H. Chen in Support of
4    Defendant Microsoft Corporation's Reply in Support of Its *Daubert* Motion to Exclude
5    Testimony of LookSmart's Damages Expert, Michael J. Lasinski; and

6  - The highlighted portions of Exhibit C to the Declaration of Betty H. Chen in Support of
7    Defendant Microsoft Corporation's Reply in Support of Its *Daubert* Motion to Exclude
8    Testimony of LookSmart's Damages Expert, Michael J. Lasinski.

10  IT IS SO ORDERED.
11  Date: June 27, 2019

    _____
    Hon. Jon S. Tigar
    United States District Court