| | |
|---|---|
| Spencer Hosie (CA Bar No. 101777)<br>shosie@hosielaw.com<br>Diane S. Rice (CA Bar No. 118303)<br>drice@hosielaw.com<br>Brandon C. Martin (CA Bar No. 169624)<br>bmartin@hosielaw.com<br>Darrell R. Atkinson (CA Bar No. 280564)<br>datkinson@hosielaw.com<br>**HOSIE RICE LLP**<br>600 Montgomery Street, 34th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 247-6000<br>Facsimile: (415) 247-6001<br><br>Leslie V. Payne (admitted *pro hac vice*)<br>lpayne@hpcllp.com<br>Eric J. Enger (admitted *pro hac vice*)<br>eenger@hpcllp.com<br>R. Allan Bullwinkel (admitted *pro hac vice*)<br>abullwinkel@hpcllp.com<br>**HEIM, PAYNE & CHORUSH, LLP**<br>1111 Bagby St. Ste. 2100<br>Houston, Texas 77002<br>Telephone: (713) 221-2000<br>Facsimile: (713) 221-2021<br><br>Derek Gilliland (admitted *pro hac vice*)<br>dgilliland@nixlawfirm.com<br>**NIX PATTERSON & ROACH, L.L.P.**<br>205 Linda Drive<br>Daingerfield, TX 75638<br>Telephone: (903) 645-7333<br>Facsimile: (903) 645-5389<br><br>*Attorneys for Plaintiff*<br>*LOOKSMART GROUP, INC.* | Juanita R. Brooks (SBN 75934 / brooks@fr.com)<br>Jason W. Wolff (SBN 215819 / wolff@fr.com)<br>Madelyn S. McCormick (SBN 320063 /<br>mmccormick@fr.com)<br>**FISH & RICHARDSON P.C.**<br>12390 El Camino Real<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099<br><br>Betty H. Chen (SBN 290588 / bchen@fr.com)<br>Joshua Kain Day (SBN 322372 / day@fr.com)<br>**FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 500<br>Redwood City, California 94063<br>Tel: (650) 839-5070 \| Fax: (650) 839-5071<br><br>Proshanto Mukherji (*pro hac vice* /<br>mukherji@fr.com)<br>**FISH & RICHARDSON P.C.**<br>One Marina Park Drive<br>Boston, MA 02110<br>Tel: (617) 542-5070 / Fax: (617) 542-8906<br><br><br>*Attorneys for*<br>*Defendant Microsoft Corporation* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>        Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Case No. 3:17-cv-04709-JST<br><br>**JOINT REQUEST FOR HEARING RE MOTION TO EXCLUDE TESTIMONY OF LOOKSMART'S DAMAGES EXPERT, MICHAEL J. LASINSKI (DKT. 118)**<br><br>DATE:    July 11, 2019<br>TIME:    2:00 p.m.<br>DEPT:    Courtroom 9, 19th Floor<br>JUDGE:  Hon. Jon S. Tigar |

Pursuant to the Court's Order Vacating Hearing (D.I. 186), Microsoft and LookSmart jointly advise the Court that most or all of the argument for Microsoft's motion to exclude the testimony of Plaintiff's expert Michael Lasinski (D.I. 118) will be conducted by lawyers who have been licensed to practice law for five or fewer years, and who have not previously presented argument before this Court. The parties have conferred, and all counsel are available for a hearing at 2:00 p.m. on July 11, 2019.

For Microsoft, Joshua Kain Day is tentatively set to argue the motion, depending on the hearing date. Mr. Day's last day with the firm is July 26, but if the Court and parties are not available to hear argument before such date, another lawyer who has been licensed to practice law for five or fewer years, and who has not previously presented argument before the Court will argue.

For LookSmart, Francesca Miki Shima Germinario is set to argue the motion.

Dated: July 2, 2019					FISH & RICHARDSON P.C.


						By: */s/ Joshua Kain Day*
						     Joshua Kain Day

						Attorneys for Defendant
						MICROSOFT CORPORATION


Dated: July 2, 2019					HOSIE RICE LLP


						By: */s/ Francesca M. Germinario*
						     Francesca M. Germinario

						Attorneys for Plaintiff
						LOOKSMART GROUP, INC.

## ATTESTATION

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: July 2, 2019

FISH & RICHARDSON P.C.

By: */s/ Joshua Kain Day*
Joshua Kain Day

Attorneys for Defendant
MICROSOFT CORPORATION

51112626.docx

2

JOINT REQUEST FOR HEARING RE MOTION TO EXLUDE
TESTIMONY OF LOOKSMART'S DAMAGES EXPERT LASINSKI
Case No. 3:17-cv-04709-JST