| | |
|---|---|
| | UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br>(SAN FRANCISCO DIVISION) |

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Case No. 3:17-cv-04709-JST<br><br>[PROPOSED] ORDER GRANTING DEFENDANT MICROSOFT CORPORATION'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL ITS DAUBERT MOTION TO EXCLUDE TESTIMONY OF LOOKSMART'S DAMAGES EXPERT, MICHAEL J. LASINSKI AND EXHIBIT A TO THE CHEN DECLARATION IN SUPPORT THEREOF |

On May 14, 2019, Defendant Microsoft Corporation ("Microsoft") filed a Motion for Administrative Relief with this Court, pursuant to this Court's Standing Order and Civil Local Rule 79-5 for permission to file under seal its *Daubert* Motion to Exclude Testimony of LookSmart's Damages Expert, Michael J. Lasinski and Exhibit A to the Chen Declaration in Support Thereof.

Microsoft has shown each of those documents is "privileged, protectable as a trade secret or otherwise entitled to protection under the law." Civil L.R. 79-5(b). Moreover, Microsoft has shown "compelling reasons" to rebut the presumption of access to judicial records for each of those documents. Both documents "might be used . . . as sources of business [or technical] information that might harm [Microsoft's] competitive standing." *Ctr. for Auto Safety v. Chrysler*

1  *Grp., LLC,* 809 F.3d 1092, 1097 (9th Cir. 2016).  Therefore, the Court hereby GRANTS

2  Microsoft's request to file under seal the following documents:

3  • The highlighted portions of Defendant Microsoft Corporation's *Daubert* Motion to
4    Exclude Testimony of LookSmart's Damages Expert, Michael J. Lasinski; and
5  • The highlighted portions of Exhibit A to the Declaration of Betty H. Chen in
6    Support of Defendant Microsoft Corporation's *Daubert* Motion to Exclude
7    Testimony of LookSmart's Damages Expert, Michael J. Lasinski.

8  IT IS SO ORDERED.

9  Date: July 16, 2019

   _____
   Hon. Jon S. Tiger
   United States District Court