Juanita R. Brooks (SBN 75934 / brooks@fr.com)
Jason W. Wolff (SBN 215819 / wolff@fr.com)
Madelyn S. McCormick (SBN 320063 / mmccormick@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070 | Fax: (858) 678-5099

Betty H. Chen (SBN 290588 / bchen@fr.com)
Joshua Kain Day (SBN 322372 / day@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, California 94063
Tel: (650) 839-5070 | Fax: (650) 839-5071

Proshanto Mukherji (*pro hac vice* / mukherji@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02110
Tel: (617) 542-5070 / Fax: (617) 542-8906

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Case No. 3:17-cv-04709-JST <br><br> **[PROPOSED] ORDER GRANTING LOOKSMART'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF LOOKSMART'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS STRIKING MICROSOFT'S BELATEDLY DISCLOSED NON-INFRINGEMENT DEFENSES AND EXHIBITS THERETO** |

| | | | |
|---|---|---|---|
| 1 | | | **PROPOSED ORDER** |
| 2 | Before the Court is Plaintiff LookSmart Group, Inc.'s ("LookSmart" or "Plaintiff") | | |
| 3 | Administrative Motion to Seal Portions of LookSmart's Reply in Support of its Motion for | | |
| 4 | Sanctions Striking Microsoft's Belatedly Disclosed Non-Infringement Defenses and Exhibits | | |
| 5 | Thereto. | | |
| 6 | Microsoft has articulated "compelling reasons" to seal the documents submitted in | | |
| 7 | connection with LookSmart's reply brief, rebutting the presumption of access to judicial records | | |
| 8 | for each of those documents. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 | | |
| 9 | (9th Cir. 2016). The proposed redactions are narrowly tailored. The Court's ruling on the sealing | | |
| 10 | requests are set forth in the table below: | | |

| **Document** | **Portion(s) to be Sealed** | **Evidence Offered in Support of Sealing** | **Order** |
|---|---|---|---|
| LookSmart's Reply ISO its Motion for Sanctions Striking Microsoft's Belatedly Disclosed Non-Infringement Defenses | Highlighted portions at:<br><br>Page 1, lines 23-25<br><br>Page 2, lines 17-18, 26-27<br><br>Page 3, lines 1-6, 8-17, 19-20, 24-27<br><br>Page 4, lines 4-8, 11, 14-17, 19, 21, 23-24, 27<br><br>Page 5, lines 1-3, 5-7, 12, 17, 26-27<br><br>Page 6, lines 5-6, 10-11<br><br>Page 7, lines 4, 27<br><br>Page 8, lines 25, 27<br><br>Page 9, lines 1, 9-14, 16-20, 24, 28<br><br>Page 10, lines 9, 13-18<br><br>Page 11, lines 2, 18-21 | McCormick Decl. ¶ 3 | Granted |

| | Page 12, lines 10, 14, 17, 19, 21-22, 27-28 | | |
| | Page 13, lines 11-12, 16-19, 22 | | |
| | Page 14, lines 11, 13-14, 16-22, 24-27 | | |
| Exhibit 25 | Entire document | McCormick Decl. ¶ 4 | Granted |
| Exhibit 26 | Entire document | McCormick Decl. ¶¶ 4 and 5 | Granted |

**IT IS SO ORDERED**

Date: July 16, 2019

_____
Hon. Jon S. Tigar
United States District Court Judge