| | | |
|---|---|---|
| 1 | Spencer Hosie (CA Bar No. 101777)<br>shosie@hosielaw.com | Juanita R. Brooks (SBN 75934 /<br>brooks@fr.com) |
| 2 | Diane S. Rice (CA Bar No. 118303)<br>drice@hosielaw.com | Jason W. Wolff (SBN 215819 /<br>wolff@fr.com) |
| 3 | Brandon C. Martin (CA Bar No. 169624)<br>bmartin@hosielaw.com | Madelyn S. McCormick (SBN 320063 /<br>mmccormick@fr.com) |
| 4 | Darrell R. Atkinson (CA Bar No. 280564)<br>datkinson@hosielaw.com | **FISH & RICHARDSON P.C.**<br>12390 El Camino Real |
| 5 | Francesca M. S. Germinario (CA Bar No. 326208)<br>fgerminario@hosielaw.com | San Diego, CA 92130<br>Telephone: (858) 678-5070 |
| 6 | **HOSIE RICE LLP**<br>600 Montgomery Street, 34th Floor | Facsimile: (858) 678-5099 |
| 7 | San Francisco, CA 94111<br>Telephone: (415) 247-6000 | Betty H. Chen (SBN 290588 /<br>bchen@fr.com) |
| 8 | Facsimile: (415) 247-6001 | Joshua Kain Day (SBN 322372 /<br>day@fr.com) |
| 9 | Leslie V. Payne (admitted *pro hac vice*)<br>lpayne@hpcllp.com | **FISH & RICHARDSON P.C.**<br>500 Arguello Street, Suite 500 |
| 10 | Eric J. Enger (admitted *pro hac vice*)<br>eenger@hpcllp.com | Redwood City, California 94063<br>Telephone: (650) 839-5070 |
| 11 | R. Allan Bullwinkel (admitted *pro hac vice*)<br>abullwinkel@hpcllp.com | Facsimile: (650) 839-5071 |
| 12 | **HEIM, PAYNE & CHORUSH, LLP**<br>1111 Bagby St. Ste. 2100 | *Attorneys for*<br>*Defendant Microsoft Corporation* |
| 13 | Houston, Texas 77002<br>Telephone: (713) 221-2000 | |
| 14 | Facsimile: (713) 221-2021 | |
| 15 | Derek Gilliland (admitted *pro hac vice*)<br>dgilliland@nixlawfirm.com | |
| 16 | **NIX PATTERSON & ROACH, L.L.P.**<br>205 Linda Drive | |
| 17 | Daingerfield, TX 75638<br>Telephone: (903) 645-7333 | |
| 18 | Facsimile: (903) 645-5389 | |
| 19 | *Attorneys for Plaintiff*<br>*LOOKSMART GROUP, INC.* | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>      Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION,<br><br>      Defendant. | Case No. 3:17-cv-04709-JST<br><br>**JOINT PROPOSED REDACTED ORDER GRANTING MOTION TO EXCLUDE EXPERT TESTIMONY (DKT. 193)** |

| | |
|---|---|
| 1 | Pursuant to the Court's Order (D.I. 193 at n. 1), Microsoft and LookSmart jointly file a |
| 2 | proposed redacted version of D.I. 193, which is attached hereto, redacting only those portions of |
| 3 | the order containing or referring to material for which the Court has granted a motion to seal (*see* |
| 4 | D.I. 194) and which the parties still request to be sealed.  The same has been emailed to the Court, |
| 5 | without any ECF headers. |

Dated:  July 19, 2019                                      FISH & RICHARDSON P.C.

By:  */s/ Joshua Kain Day*
           Joshua Kain Day

Attorneys for Defendant
MICROSOFT CORPORATION

Dated:  July 19, 2019                                      HOSIE RICE LLP

By:  */s/  Francesca M. S. Germinario*

Attorneys for Plaintiff
LOOKSMART GROUP, INC.

## ATTESTATION

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: July 19, 2019       FISH & RICHARDSON P.C.

By: */s/ Joshua Kain Day*
  Joshua Kain Day

Attorneys for Defendant
MICROSOFT CORPORATION

51112626.docx

2   JOINT PROPOSED REDACTED ORDER GRANTING MOTION TO EXCLUDE EXPERT TESTIMONY (DKT. 193)
Case No. 3:17-cv-04709-JST