Spencer Hosie (SBN 101777)
*shosie@hosielaw.com*
Diane S. Rice (SBN 118303)
*drice@hosielaw.com*
Brandon C. Martin (CA Bar No. 269624)
*bmartin@hosielaw.com*
Darrell R. Atkinson (SBN 280564)
*datkinson@hosielaw.com*
**HOSIE RICE LLP**
600 Montgomery Street, 34th Floor
San Francisco, CA  94111
Telephone: (415) 247-6000
Facsimile:  (415) 247-6001

Leslie V. Payne (*admitted pro hac vice*)
*lpayne@hpcllp.com*
Eric J. Enger (*admitted pro hac vice*)
*eenger@hpcllp.com*
R. Allan Bullwinkel (*admitted pro hac vice*)
*abullwinkel@hpcllp.com*
**HEIM, PAYNE & CHORUSH, LLP**
1111 Bagby St. Ste. 2100
Houston, Texas 77002
Telephone: (713) 221-2000
Facsimile:  (713) 221-2021

Derek Gilliland (*admitted pro hac vice*)
*dgilliland@nixlawfirm.com*
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, TX 75638
Telephone: (903) 645-7333
Facsimile:  (903) 645-5389

ATTORNEYS FOR PLAINTIFF
LOOKSMART GROUP, INC.

Juanita R. Brooks (SBN 75934)
*brooks@fr.com*
Jason W. Wolff (SBN 215819)
*wolff@fr.com*
Madelyn S. McCormick (SBN 320063)
*mccormick@fr.com*
**FISH & RICHARDSON P.C.**
12390 El Camino Real
San Diego, CA  92130
Telephone: (858) 678-5070
Facsimile:  (858) 678-5099

Betty H. Chen (SBN 290588)
*bchen@fr.com*
**FISH & RICHARDSON P.C.**
500 Arguello Street, Suite 500
Redwood City, California  94063
Telephone: (650) 839-5070
Facsimile:  (650) 839-5071

Proshanto Mukherji (*admitted pro hac vice*)
*mukherji@fr.com*
**FISH & RICHARDSON P.C.**
One Marina Park Drive
Boston, MA 02110
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>            Defendant. | Case No.: 17-cv-04709-JST<br><br>**JOINT STIPULATION REQUESTING ORDER CHANGING HEARING DATE** |

Plaintiff, LookSmart Group, Inc., and defendant, Microsoft Corporation, respectfully request that the Court enter the Parties' proposed stipulated Order continuing the hearings on Plaintiff's motion for summary judgment (ECF No. 120), Defendant's motion for summary judgment (ECF No. 122), Plaintiff's motion for sanctions (ECF No. 130), and Defendant's motion to strike (ECF No. 143)[1] from September 25, 2019 to one of the two following dates:  September 11, 2019 or September 18, 2019.  If these dates are not available, the parties are available for a brief conference call to select a date that is available for the hearing.

Pursuant to Local Rule 6-2(a)(1), the reason for the requested scheduling change is that lead counsel for Microsoft has a previously scheduled professional commitment on the reset hearing date of September 25, 2019.  Plaintiff's counsel are available on both of the requested hearing dates.  There have been five prior requests to change the timing of events in this case reflected in ECF Nos. 45, 59, 105, 110 and 164.  The requested time modification would have no effect on the schedule for this case.

Dated: August 9, 2019              HOSIE RICE LLP

                                   By: /s/ Spencer Hosie
                                        Spencer Hosie

                                   Attorneys for Plaintiff
                                   LOOKSMART GROUP, INC.

Dated: August 9, 2019              FISH & RICHARDSON P.C.

                                   By:  /s/ Juanita R. Brooks
                                        Juanita R. Brooks

                                   Attorneys for Defendant
                                   MICROSOFT CORPORATION

---

[1] The Clerk's Notice (ECF No. 202) identifies ECF No. 108 as opposed to 143.  ECF No. 143 is pending, but ECF No. 108 was decided at ECF No. 184.  The parties understand the Clerk meant to identify ECF No. 143, which is a motion to strike Dr. Pazzani's report.

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: August 9, 2019        FISH & RICHARDSON P.C.

By: /s/ *Juanita R. Brooks*
    Juanita R. Brooks

Attorneys for Defendant
MICROSOFT CORPORATION