| | |
|---|---|
| Spencer Hosie (CA Bar No. 101777) | Juanita R. Brooks (SBN 75934 / brooks@fr.com) |
| Diane S. Rice (CA Bar No. 118303) | Jason W. Wolff (SBN 215819 / wolff@fr.com) |
| drice@hosielaw.com | Madelyn S. McCormick (SBN 320063 / mmccormick@fr.com) |
| Brandon C. Martin (CA Bar No. 169624) | **FISH & RICHARDSON P.C.** |
| bmartin@hosielaw.com | 12390 El Camino Real |
| Darrell R. Atkinson (CA Bar No. 280564) | San Diego, CA 92130 |
| datkinson@hosielaw.com | Telephone: (858) 678-5070 |
| Francesca M. S. Germinario (CA Bar No. 326208) fgerminario@hosielaw.com | Facsimile: (858) 678-5099 |
| **HOSIE RICE LLP** | Betty H. Chen (SBN 290588 / bchen@fr.com) |
| 600 Montgomery Street, 34th Floor San Francisco, CA 94111 | **FISH & RICHARDSON P.C.** |
| Telephone: (415) 247-6000 | 500 Arguello Street, Suite 500 |
| Facsimile: (415) 247-6001 | Redwood City, California 94063 |
| | Telephone: (650) 839-5070 |
| Leslie V. Payne (admitted *pro hac vice*) | Facsimile: (650) 839-5071 |
| lpayne@hpcllp.com | |
| Eric J. Enger (admitted *pro hac vice*) | Proshanto Mukherji (admitted pro hac vice/ mukherji@fr.com) |
| eenger@hpcllp.com | **FISH & RICHARDSON P.C.** |
| R. Allan Bullwinkel (admitted *pro hac vice*) | One Marina Park Drive |
| abullwinkel@hpcllp.com | Boston, MA 02110 |
| **HEIM, PAYNE & CHORUSH, LLP** | Tel: (617) 542-5070 |
| 1111 Bagby St. Ste. 2100 | Fax: (617) 542-8906 |
| Houston, Texas 77002 | |
| Telephone: (713) 221-2000 | *Attorneys for Defendant* |
| Facsimile: (713) 221-2021 | *MICROSOFT CORPORATION* |
| Derek Gilliland (admitted *pro hac vice*) | |
| dgilliland@nixlawfirm.com | |
| **NIX PATTERSON & ROACH, L.L.P.** | |
| 205 Linda Drive | |
| Daingerfield, TX 75638 | |
| Telephone: (903) 645-7333 | |
| Facsimile: (903) 645-5389 | |

*Attorneys for Plaintiff*
*LOOKSMART GROUP, INC.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LOOKSMART GROUP, INC., | Case No. 4:17-cv-04709-JST |
| Plaintiffs, | **JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

1 | Plaintiff LookSmart Group, Inc. and Defendant Microsoft Corporation, by and through their counsel of record, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to dismiss with prejudice all of Plaintiff's claims against Defendant in the above-captioned action.  Each party will bear its own costs and attorneys' fees incurred in this action.

Dated: October 22, 2019

HOSIE RICE LLP

By: */s/ Spencer Hosie*
     Spencer Hosie

Attorneys for Plaintiff
LOOKSMART GROUP, INC.,


Dated: October 22, 2019

FISH & RICHARDSON P.C.

By: */s/Betty H. Chen*
     Betty H. Chen

Attorneys for Defendant
MICROSOFT CORPORATION

**ATTESTATION**

Pursuant to L.R. 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: October 22, 2019                              HOSIE RICE LLP

By: */s/ Spencer Hosie*
    Spencer Hosie

Attorneys for Plaintiff
LOOKSMART GROUP, INC.,