KEKER, VAN NEST & PETERS LLP
ROBERT A. VAN NEST - # 84065
rvannest@keker.com
DAVID SILBERT - # 173128
dsilbert@keker.com
R. ADAM LAURIDSEN - # 243780
alauridsen@keker.com
KRISTEN E. LOVIN - # 293688
klovin@keker.com
ERIC HANSON - # 254570
ehanson@keker.com
DEEVA SHAH - # 319937
dshah@keker.com
SPENCER MCMANUS - # 322824
smcmanus@keker.com
EMILY A. HASSELBERG - # 326990
ehasselberg@keker.com
AMRUTHA DORAI - # 352697
adorai@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LOOKSMART GROUP, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE LLC,<br><br>        Defendant. | Case Nos. 4:17-cv-04709-JST<br>              4:24-cv-07147-YGR<br><br>**GOOGLE LLC'S RESPONSE TO LOOKSMART GROUP, INC.'S AMENDED ADMINISTRATIVE MOTION TO RELATE CASES** |

GOOGLE'S RESPONSE TO LOOKSMART'S AMENDED ADMINISTRATIVE MOTION TO RELATE CASES

Pursuant to Civil Local Rule 3-12(e), Defendant Google LLC ("Google") states that it takes no position on LookSmart Group, Inc.'s motion to relate *LookSmart Group, Inc. v. Google LLC*, No. 4:24-cv-07146-YGR (N.D. Cal.), to *LookSmart Group, Inc. v. Microsoft Corporation*, No. 4:17-cv-04709-JST (N.D. Cal.).

Dated: November 7, 2024                                         KEKER, VAN NEST & PETERS LLP

                                                    By:    */s/David Silbert*
                                                           DAVID SILBERT

                                                           Attorneys for Defendant GOOGLE LLC

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On 11/7/2024, I served the following document(s):

**GOOGLE LLC'S RESPONSE TO LOOKSMART GROUP, INC.'S AMENDED ADMINISTRATIVE MOTION TO RELATE CASES**

☑ by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| M. Elizabeth Day (SBN 177125)<br>eday@bdiplaw.com<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Telephone: (650) 351-7248 | *Attorneys For Plaintiff,*<br>*LookSmart Group, Inc.* |
| Jason S. McManis (pro hac vice to be filed)<br>jmcmanis@azalaw.com<br>Weining Bai (pro hac vice to be filed)<br>wbai@azalaw.com<br>AHMAD, ZAVITSANOS & MENSING, PLLC<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>Telephone: (713) 655-1101 | |

Executed on 11/7/2024, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Barbara Palomo